B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# San Francisco DIVISION

In re  Metawise Group, Inc.
      a California corporation
                                                                Debtor(s)

Case No.

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Zhenhua Logistics Co., Limited<br>16 Yong An Don Li<br>Chao Yang Dist. Beijing, CHINA  100022 | Phone:<br>Zhenhua Logistics Co., Limited<br>1908A, CBD Mansion<br>Chao Yang Dist. Beijing, CHINA 100022 | | | $ 7,660,800.00 |
| 2<br>Meijin Energy Group Co.<br><br>No. 1 East Meijin Street<br>Qingxu County Taiyuan, Shanxi  CHINA | Phone:<br>Meijin Energy Group Co.<br>Guangzhou Plaza<br>No. 1 East Meijin Street<br>Qingxu County Taiyuan, Shanxi  CHINA | | | $ 5,000,000.00 |
| 3<br>Huaze International Investment Ltd.<br>Wuhan Wuchang Qu<br> CHINA  430071 | Phone:<br>Huaze International Investment Ltd.<br>Wuhan Wuchang Qu<br> CHINA  430071 | | | $ 4,980,000.00 |
| 4<br>Baosteel America Inc.<br>85 Chestnut Ridge Road<br>Montvale NJ 07645 | Phone:<br>Baosteel America Inc.<br>85 Chestnut Ridge Road<br>Montvale NJ 07645 | Secured - Collateral Unknown | D | $ 4,800,000.00 |

B4 (Official Form 4) (12/07)

_____ ,
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 5<br>Top Gains Minerals Macao Ltd.<br>Centro Comercial Chong Fok 15 Andar G MACAU | Phone:<br>Top Gains Minerals Macao Ltd.<br>No.26<br>Centro Comercial Chong Fok 15 Andar G MACAU | | | $ 3,000,000.00 |
| 6<br>First Space Holdings Ltd.<br><br>Offshore Inc. Centre Road Town Tortola BVI | Phone:<br>First Space Holdings Ltd.<br>P.O. Box 957<br>Offshore Inc. Centre Road Town Tortola BVI | | | $ 2,900,000.00 |
| 7<br>Progressive Environmental Services Inc.<br>600 Grand Panama Blvd.<br>Panama City Beach FL 32407 | Phone:<br>Progressive Environmental Services Inc.<br>600 Grand Panama Blvd.<br>Panama City Beach FL 32407 | Secured - Collateral Unknown | D | $ 2,313,361.82 |
| 8<br>Colinda International Inc.<br>105 Los Montes Dr.<br>Burlingame CA 94010 | Phone:<br>Colinda International Inc.<br>105 Los Montes Dr.<br>Burlingame CA 94010 | Goods and Services | | $ 1,600,000.00 |
| 9<br>Metawise Group Alabama, Inc.<br>1065 E. Hillsdale Blvd.<br>Suite 315<br>Foster City CA 94404 | Phone:<br>Metawise Group Alabama, Inc.<br>1065 E. Hillsdale Blvd.<br>Suite 315<br>Foster City CA 94404 | | | $ 1,223,453.50 |
| 10<br>Sunrise Dragon International, Inc.<br>181 S. Franklin Ave.<br>Valley Stream NY 11581 | Phone:<br>Sunrise Dragon International, Inc.<br>181 S. Franklin Ave.<br>Valley Stream NY 11581 | Goods and Services | | $ 659,602.40 |
| 11<br>Draco Resources, Inc.<br><br>Ste. 315<br>Foster City CA 94404 | Phone:<br>Draco Resources, Inc.<br>1065 E. Hillsdale Blvd.<br>Ste. 315<br>Foster City CA 94404 | | | $ 624,423.25 |

Case: 14-31652   Doc# 2   Filed: 11/13/14   Entered: 11/13/14 14:25:00   Page 2 of 4

B4 (Official Form 4) (12/07)

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 12<br>Sino East Transportation Ltd.<br>Commerical Centre<br>No. 108 Java Rd. North Point   HONG KONG | Phone:<br>Sino East Transportation Ltd. Room 1902<br>Commerical Centre<br>No. 108 Java Rd. North Point   HONG KONG | | | $ 358,515.00 |
| 13<br>Wisco American Company Ltd.<br><br>Suite 300<br>Newport Beach CA   92660 | Phone:<br>Wisco American Company Ltd.<br>20062 Birch St.<br>Suite 300<br>Newport Beach CA   92660 | Goods and Services | | $ 300,000.00 |
| 14<br>Lucas Newman Science and Technologies, Inc.<br>5403 Bluebird Trail<br>Stillwater OK 74074 | Phone:<br>Lucas Newman Science and Technologies, Inc.<br>5403 Bluebird Trail<br>Stillwater OK 74074 | Goods and Services | | $ 206,712.29 |
| 15<br>Greenfield Environmental Trust Group, Inc.<br>P.O. Box 487<br>Chestnut Hill MA 02467 | Phone:<br>Greenfield Environmental Trust Group, Inc.<br>P.O. Box 487<br>Chestnut Hill MA 02467 | Goods and Services | | $ 194,438.40 |
| 16<br>Metamining, Inc.<br><br>Ste. 315<br>Foster City CA   94404 | Phone:<br>Metamining, Inc.<br>1067 Hillsdale Blvd.<br>Ste. 315<br>Foster City CA   94404 | | | $ 148,724.08 |
| 17<br>Dade Moeller<br><br>Suite 200<br>Richland WA   99354 | Phone:<br>Dade Moeller<br>1835 Terminal Drive<br>Suite 200<br>Richland WA   99354 | Goods and Services | | $ 146,578.95 |
| 18<br>Kelson Management Inc.<br>1010 N. Moffet Circle<br>Palo Alto CA 94303 | Phone:<br>Kelson Management Inc.<br>1010 N. Moffet Circle<br>Palo Alto CA 94303 | | | $ 54,976.99 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 19<br>Hand Arendall LLC<br>P.O. Box 123<br>Mobile AL 36601 | Phone:<br>Hand Arendall LLC<br>P.O. Box 123<br>Mobile AL 36601 | Goods and Services | | $ 44,674.06 |
| 20<br>McDowell Knight Roedder & Sledge LLC<br>P.O. Box 350<br>Mobile AL 36601 | Phone:<br>McDowell Knight Roedder & Sledge LLC<br>P.O. Box 350<br>Mobile AL 36601 | Goods and Services | | $ 44,674.06 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Songqiang Chen*, *CEO* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *11/13/2014*   Signature */s/ Songqiang Chen*
             Name: *Songqiang Chen*
             Title: *CEO*