McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL C. ABEL (CSBN 187743)
SHANE J. MOSES (CSBN 250533)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Proposed Attorneys for DEBTORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>METAWISE GROUP, INC.,<br>DRACO RESOURCES, INC.,<br><br>Debtors.<br><br>☐ Affects **METAWISE**<br><br>☐ Affects **DRACO**<br><br>☒ Affects **BOTH DEBTORS** | Case Nos.    14-31652-DM<br>                14-31654-DM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME FOR INITIAL MOTIONS**<br><br>Date:       December 15, 2014<br>Time:       1:30 p.m.<br>Place:      235 Pine Street<br>              Courtroom 22<br>              San Francisco, CA 94104<br>Judge:     Hon. Dennis Montali |

**TO:**     **UNITED STATES TRUSTEE AND ALL CREDITORS AND PARTIES IN INTEREST**

      **NOTICE IS HEREBY GIVEN** that a hearing will be held on **Monday, December 15, 2014, at 1:30 p.m.**, and will take place at the United States Bankruptcy Court, 235 Pine Street, 19th Floor, San Francisco, California, before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES (the "Joint Administration Motion") and the MOTION FOR ORDER AUTHORIZING DEBTOR TO (1) PAY PRE-PETITION EMPLOYEE WAGES, AND (2) HONOR VACATION AND SICK LEAVE OBLIGATIONS (the "Payroll Motion", and together with the Joint Administration Motion, the "Initial Motions") filed by Metawise Group, Inc. ("Metawise") and Draco Resources, Inc. ("Draco", and together with Metawise, the "Debtors"), the Debtors and debtors-in-possession in the above-captioned chapter 11 reorganization cases.

A complete copy of the Initial Motions and supporting declaration of Songqiang Chen may be obtained from the Court, or by contacting Debtors' counsel at the address and telephone number above. The background, history, and expectations for reorganization of the Debtors are fully described in the declaration of Mr. Chen.

Through the Joint Administration Motion, the Debtors seek an order from the Court authorizing the joint administration of the Debtors' chapter 11 cases, including approving: (i) use of a single docket for administrative matters; (i) combined notices to creditors and parties in interest; (iii) combined scheduling of hearings; (iv) use of a combined caption; (v) combined financial reporting by Debtors; (vi) joint and several liability of the estates for professional fees; and (vii) joint handling of other administrative matters.

Through the Payroll Motion, the Debtors seek authority to promptly pay the full amount of all unpaid wages accrued pre-petition to all employees. Draco has three paid employees, and Metawise has no paid employees. The three Draco employees are owed pre-petition wages for the month of October 2014, and the first 12 days of November 2014, prior to the filing of the petition. The total amount required to pay the prepetition wages owed is approximately $18,700. The Debtors believe it is important to honor their employee wage obligations, and seek authorization from the Court to promptly pay the pre-petition amounts owed. The Debtors also seek authority to honor all vacation and sick leave benefit obligations to the employees.

**NOTICE IS HEREBY FURTHER GIVEN** that any person wishing to oppose either of the Initial Motions may present such opposition orally at the hearing.

DATED: December 9, 2014      McNUTT LAW GROUP LLP


By:      /s/ *Shane J. Moses*
         Shane J. Moses
         Attorneys for DEBTORS

NOTICE OF HEARING ON SHORTENED TIME FOR INITIAL MOTIONS