# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re *Metawise Group, Inc., a California corporation*　　　　Case No. *14-31652*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 4 | $ 14,920,000.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 194,438.40 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 36,092,517.46 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 17 | $ 14,920,000.00 | $ 36,286,955.86 | |

In re *Metawise Group, Inc., a California corporation*     Case No. *14-31652*
      Debtor                                                                                                       (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Songqiang Chen*, *CEO* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *12/9/2014*

Signature */s/ Songqiang Chen*
Name: *Songqiang Chen*
Title: *CEO*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                        Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _Metawise Group, Inc._ , Case No. _14-31652_
        Debtor(s)                                       (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |

No continuation sheets attached          **TOTAL $**    _0.00_
(Report also on Summary of Schedules.)

In re *Metawise Group, Inc.* ,  Case No. *14-31652*
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Financial Assurance With Greenfield Environmental Trust Group.*<br>*Location: Held by GreenField Environment Trust Group as financial assurance for contract to remove iron ore fines from Mobile Alabama project* | | $4,000,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

Page __1__ of __4__

In re **Metawise Group, Inc.**, Case No. **14-31652**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *The Debtor owns 100% of the equity of Draco Resources, Inc., the debtor in a concurrently filed Chapter 11.*<br>*Location: In debtor's possession* | | Unknown |
| | | *Investment in Metamining Inc. The Debtor owes a 2% equity interest in a corporation known as Metamining Inc. Value based on purchase price at time of investment; current value is unkown.*<br>*Location: In debtor's possession* | | $10,900,000.00 |
| | | *The Debtor owns 100% of the equity of Metawise Group Alabama, Inc.*<br>*Location: In debtor's possession* | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re **Metawise Group, Inc.**, Case No. **14-31652**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *Mule 610 utility vehicle*<br>*Location: In debtor's possession* | | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office furniture and office equipment in Debtor's Foster City offices, including cubicles desks, chairs, computers, copy machine, kitchen appliances, etc.*<br>*Location: In debtor's possession* | | $10,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Leasehold Improvements to kitchen in offices.*<br>*Location: Foster city corporate offices* | | $5,000.00 |
| | | *Residual Interest in Dewatering Equipment. Equipment originally purchased for approximately $4.6 million was transferred to Greenfield Multistate Environmental Trust* | | *Unknown* |

Page __3__ of __4__

**B6B (Official Form 6B) (12/07)**

In re *Metawise Group, Inc.*                              , Case No. *14-31652*
                              Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | in 2013. The contract provides a right to use during contract and a right to repurchase for $1.<br>Location: On location at Mobile Alambama Facility | | |

Page  4  of  4                                                  Total ➔  $14,920,000.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Case: 14-31652   Doc# 27   Filed: 12/09/14   Entered: 12/09/14 16:16:26   Page 7 of 19

B6D (Official Form 6D) (12/07)

In re *Metawise Group, Inc.*  ,  Case No. *14-31652*
          Debtor(s)                                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Creditor # : 1*<br>*Greenfield Environmental Trust Group, Inc.*<br>*P.O. Box 487*<br>*Chestnut Hill MA 02467* | | *Financial Assurance With Greenfield Environmental Trust Group*<br><br>Value: *$ 4,000,000.00* | X | X | X | *$ 194,438.40* | *$ 0.00* |
| Account No: | | <br><br>Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $<br>(Total of this page) | *$ 194,438.40* | *$ 0.00* |
| | | | | | Total $<br>(Use only on last page) | *$ 194,438.40* | *$ 0.00* |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re Metawise Group, Inc. , Case No. 14-31652
                              **Debtor(s)**                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          1    continuation sheets attached

Official Form 6E (04/13) - Cont.

In re *Metawise Group, Inc.*, Case No. *14-31652*
  **Debtor(s)**  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 1 Franchise Tax Board Bankruptcy Section, MS A -340 P.O. Box 2952 Sacramento CA 95812* | | *FOR NOTICE ONLY* | | | | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No:  *Creditor # : 2 Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101* | | *FOR NOTICE ONLY* | | | | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No:  *Creditor # : 3 Secretary of State State of California 1500 11th Street Sacramento CA 95814* | | | | | | *Unknown* | *$ 0.00* | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. *1* of *1* continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | *0.00* | *0.00* |

Case: 14-31652   Doc# 27   Filed: 12/09/14   Entered: 12/09/14 16:16:26   Page 10 of 19

B6F (Official Form 6F) (12/07)

In re **Metawise Group, Inc.**, Case No. **14-31652**
                                Debtor(s)                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 3562<br>*Creditor # : 1*<br>*Akerman Senterfitt*<br>*P.O. Box 4906*<br>*Orlando FL 32802* | | Goods and Services | | | X | $ 4,029.90 |
| Account No:<br>*Creditor # : 2*<br>*Baosteel America Inc.*<br>*85 Chestnut Ridge Road*<br>*Montvale NJ 07645* | | Business debt | | X | X | $ 4,800,000.00 |
| Account No: 9407<br>*Creditor # : 3*<br>*Barron and Redding, P.A.*<br>*P.O. Box 2467*<br>*Panama City FL 32402* | | Goods and Services | X | X | X | $ 96.23 |

*5* continuation sheets attached

Subtotal $ | $ 4,804,126.13
Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Metawise Group, Inc._ , Case No. _14-31652_
     Debtor(s)                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>City of Foster City<br>610 Foster City Blvd.<br>San Mateo CA 94404 | | Business License | | | | *Unknown* |
| Account No:<br>Creditor # : 5<br>Colinda International Inc.<br>105 Los Montes Dr.<br>Burlingame CA 94010 | | Goods and Services | | X | X | $ 1,600,000.00 |
| Account No:<br>Creditor # : 6<br>Dade Moeller<br>1835 Terminal Drive<br>Suite 200<br>Richland WA 99354 | | Goods and Services | | X | X | $ 146,578.95 |
| Account No:<br>Creditor # : 7<br>Draco Resources, Inc.<br>1065 E. Hillsdale Blvd.<br>Ste. 315<br>Foster City CA 94404 | | Business debt | | X | X | $ 624,423.25 |
| Account No:<br>Creditor # : 8<br>First Space Holdings Ltd.<br>P.O. Box 957<br>Offshore Inc. Centre Road<br>Town Tortola BVI | | Business debt | | X | X | $ 2,900,000.00 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of   Subtotal $   $ 5,271,002.20
Creditors Holding Unsecured Nonpriority Claims                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Metawise Group, Inc.**, Case No. **14-31652**
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 9* <br> *FMS Engineering, LLC* <br> *2509 Commerical Park Drive* <br> *Mobile AL 36606* | | *Goods and Services* | X | | X | $ 17,677.50 |
| Account No: 7061 <br> *Creditor # : 10* <br> *General Agents Acceptance Corp.* <br> *P.O. Box 1177* <br> *Lake Forest CA 92609* | | *Goods and Services* | | X | X | $ 3,843.43 |
| Account No: <br> *Creditor # : 11* <br> *Hand Arendall LLC* <br> *P.O. Box 123* <br> *Mobile AL 36601* | | *Goods and Services* | X | X | X | $ 44,674.06 |
| Account No: <br> *Creditor # : 12* <br> *Huaze International Investment Ltd.* <br> *Wuhan Wuchang Qu* <br> *Donghu Xilu 11 G* <br> *CHINA 430071* | | *Business debt* | | X | X | $ 4,980,000.00 |
| Account No: <br> *Creditor # : 13* <br> *Kelson Management Inc.* <br> *1010 N. Moffet Circle* <br> *Palo Alto CA 94303* | | *Goods and Services* | | X | X | $ 54,976.99 |

Sheet No. **2** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 5,101,171.98**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Metawise Group, Inc.**                    , Case No. **14-31652**
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 14** **Kemron Environmental Services** **8521 Leesburg Pike, Suite 175** **Vienna VA 22182** | | *Goods and Services* | X | | | $ 374.00 |
| Account No: **Creditor # : 15** **Lucas Newman Science and Technologies, Inc.** **5403 Bluebird Trail** **Stillwater OK 74074** | | *Goods and Services* | X | X | X | $ 206,712.29 |
| Account No: **Creditor # : 16** **McDowell Knight Roedder & Sledge LLC** **P.O. Box 350** **Mobile AL 36601** | | *Goods and Services* | X | X | X | $ 44,674.06 |
| Account No: **Creditor # : 17** **Meijin Energy Group Co.** **Guangzhou Plaza** **No. 1 East Meijin Street** **Qingxu County Taiyuan, Shanxi** **CHINA** | | *Business debt* | | X | X | $ 5,000,000.00 |
| Account No: **Creditor # : 18** **Metamining, Inc.** **1067 Hillsdale Blvd.** **Ste. 315** **Foster City CA 94404** | | *Business debt* | | X | X | $ 148,724.08 |

Sheet No. **3** of **5** continuation sheets attached to Schedule of      Subtotal $   $ 5,400,484.43
Creditors Holding Unsecured Nonpriority Claims                             Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case: 14-31652   Doc# 27   Filed: 12/09/14   Entered: 12/09/14 16:16:26   Page 14 of 19

B6F (Official Form 6F) (12/07) - Cont.

In re *Metawise Group, Inc.* ,  Case No. *14-31652*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 19 Metawise Group Alabama, Inc. 1066 E. Hillsdale Blvd. Suite 315 Foster City CA 94404 | | *Business debt* | | X | X | $ 1,223,453.50 |
| Account No: Creditor # : 20 Progressive Environmental Services Inc. 600 Grand Panama Blvd. Suite200 Panama City Beach FL 32407 | | *Lawsuit* | | | X | $ 2,313,361.82 |
| Account No: Creditor # : 21 Seastar International Group Inc. 1031 Route 22 Suite 300 Bridgewater NJ 08807 | | *Goods and Services* | | | | Unknown |
| Account No: Creditor # : 22 Sino East Transportation Ltd. c/o Room 1902 Commerical Centre No. 108 Java Rd. North Point HONG KONG | | *Goods and Services* | | X | X | $ 358,515.00 |
| Account No: Creditor # : 23 Sunrise Dragon International, Inc. 181 S. Franklin Ave. Suite 201 Valley Stream NY 11581 | | *Goods and Services* | | X | X | $ 659,602.40 |

Sheet No. **4** of **5** continuation sheets attached to Schedule of  Subtotal $ | $ 4,554,932.72
Creditors Holding Unsecured Nonpriority Claims
 Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Metawise Group, Inc.**, Case No. **14-31652**
                    Debtor(s)                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 24** **Top Gains Minerals Macao Ltd.** **No. 26** **Centro Comercial Chong Fok** **15 Andar G MACAU** | | Business debt | | X | X | $ 3,000,000.00 |
| Account No: **Creditor # : 25** **Wisco American Company Ltd.** **20062 Birch St.** **Suite 300** **Newport Beach CA 92660** | | Goods and Services | | X | X | $ 300,000.00 |
| Account No: **Creditor # : 26** **Zhenhua Logistics Co., Limited** **1908A, CBD Mansion** **16 Yong An Don Li** **Chao Yang Dist. Beijing, CHINA 100022** | H | Lawsuit | | X | X | $ 7,660,800.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 10,960,800.00**

Total $ **$ 36,092,517.46**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re *Metawise Group, Inc.* _____ / Debtor      Case No. *14-31652*
                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Dade Moeller& Associates, Inc* <br> *1835 Terminal Drive* <br> *Richland WA   99354* | Contract Type: *Service contract* <br> Terms: <br> Beginning date: <br> Debtor's Interest: *Purchaser* <br> Description: *Environmental Services* <br> Buyout Option: |
| *Draco Resources, Inc.* <br> *1065 E. Hillsdale Blvd.* <br> *Suite 315* <br> *Foster City CA   94404* | Contract Type: *Operating Agreement* <br> Terms: <br> Beginning date: <br> Debtor's Interest: *Purchaser* <br> Description: *Contract for operation of iron ore removal project* <br> Buyout Option: |
| *Greenfield Environmental Multistate Trust LLC* <br> *44 Shattuck Road* <br> *Watertown MA   02472* | Contract Type: *Sales contract* <br> Terms: <br> Beginning date: <br> Debtor's Interest: *Purchaser* <br> Description: *Purchase and Sale Contract for Debtor's purchase of iron ore fines from facility located near Mobile Alabama* <br> Buyout Option: |
| *ICF Solutions, Inc* <br> *3800 Sollie Road* <br> *Mobile AL   36619* | Contract Type: *Service contract* <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: *Export agreement with port for iron ore fines* <br> Buyout Option: |
| *Meijin Energy Group Co, LTD* <br> *Guanzhong Plaza* <br> *No. 1 East Meijin Street* <br> *Qingxu County Shanxi, PRC* | Contract Type: *Sales contract* <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: *Purchase and Sale Agreement for iron ore* <br> Buyout Option: |

In re *Metawise Group, Inc.* _____/ Debtor    Case No. *14-31652*
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Peters Security International, Inc.*<br>*8001 Irvine Center Drive*<br>*Suite 920*<br>*Irvine CA 92618* | Contract Type: *Non-residential lease * ‌*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *Office Sublease*<br>Buyout Option: |
| *Seastar International Group, Inc.*<br>*392 Vanderveer Rd.*<br>*Bridgewater NJ 08807* | Contract Type: *Service contract*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *Truck Transportation*<br>Buyout Option: |
| *Sunrise Dragon International Inc.*<br>*1170 U.S HWY 22, Suite 105*<br>*Bridgewater NJ 08807* | Contract Type: *Service contract*<br>Terms:<br>Beginning date:<br>Debtor's Interest: *Purchaser*<br>Description: *Contract for operation of Mobile Alabama site for removal of iron ore fines*<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re *Metawise Group, Inc.*                                              / Debtor          Case No. *14-31652*
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Page 1 of 1