1 | McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
2 | MICHAEL C. ABEL (CSBN 187743)
SHANE J. MOSES (CSBN 250533)
3 | 219 9th Street
San Francisco, California 94103
4 | Telephone: (415) 995-8475
Facsimile: (415) 995-8487
5 |
Proposed Attorneys for DEBTORS
6 |

Signed and Filed: December 22, 2014

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

7

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | In re | Case Nos.    14-31652-DM

12 | METAWISE GROUP, INC., | (Jointly Administered with Case No.
DRACO RESOURCES, INC., | 14-31654-DM)

13 | | Chapter 11

14 | Debtors. |

15 | ☐ Affects **METAWISE** | **ORDER AUTHORIZING DEBTOR TO (1) PAY PRE-PETITION EMPLOYEE WAGES; AND (2) HONOR VACATION AND SICK LEAVE OBLIGATIONS**

16 | ☒ Affects **DRACO** |

17 | ☐ Affects **BOTH DEBTORS** | Date:      December 19, 2014
Time:      1:00 p.m.

18 | | Place:     235 Pine Street
Courtroom 22

19 | | San Francisco, CA 94104
Judge:     Hon. Dennis Montali

20 |

21

22

23 |     At the above-captioned date and time, the Court held a continued hearing to consider the

24 | MOTION FOR ORDER AUTHORIZING DEBTOR TO (1) PAY PRE-PETITION EMPLOYEE WAGES, AND

25 | (2) HONOR VACATION AND SICK LEAVE OBLIGATIONS (the "Payroll Motion"), filed by Metawise

26 | Group, Inc. ("Metawise") and Draco Resources, Inc. ("Draco", and together with Metawise, the

27 | "Debtors"), the debtors and debtors-in-possession in the above-captioned chapter 11

28 | reorganization cases.

The Court, having reviewed the Payroll Motion and documents filed in support thereof, having considered the statements of counsel, finding that notice of the Payroll Motion is adequate under the particular circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Payroll Motion is hereby granted.

2. Draco is hereby authorized to pay the full amount of pre-petition payroll obligations for the months of October and November 2014, as set forth in the Payroll Motion and the supporting declarations.

3. Draco is hereby authorized to pay all taxes associated with the funding of such payroll.

4. Draco is hereby authorized to honor vacation and sick leave benefits earned pre-relief.

* * * END OF ORDER * * *

Case: 14-31652    Doc# 36    Filed: 12/22/14    Entered: 12/23/14 11:10:04    Page 2 of 3

ORDER AUTHORIZING DEBTOR
TO PAY EMPLOYEE WAGES

**COURT SERVICE LIST**

Progressive Environmental Services, Inc.
c/o Gearinger Law Group
Attn: Colleen B. Kelley
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109

Case: 14-31652   Doc# 36   Filed: 12/22/14   Entered: 12/23/14 11:10:04   Page 3 of 3

ORDER AUTHORIZING DEBTOR
TO PAY EMPLOYEE WAGES