**WISCO AMERICA CO., LTD.**
20062 Birch Street, Suite 300
Newport Beach, California 92660



**FILED**

NOV 2 1 2018

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

November 2, 2018

**Metawise Group, Inc.**
1065 E. Hillsdale Blvd.
Suite 318
Foster City, CA 94404

*Copy to*:

Michael C. Abel
McNutt Law Group, LLP
219 9th St.
San Francisco, CA 94103

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Paul Christopher Gunther
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113
Department of Justice

Ori Katz
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111

<u>Re: Notice of Assignment of Claims</u>

Dear Sirs/Madams,

      We refer to the U.S. bankruptcy petition #14-13652, which involves Metawise Group, Inc., a California company (the "<u>Debtor</u>") and was filed with the U.S. Bankruptcy Court, Northern District of California on November 13, 2014 (the "<u>Proceeding</u>").

We hereby notify you that on October 26, 2018, we have entered into an assignment agreement with WISCO International Economic and Trading Co., Ltd. (the "Trading Company") and Wuhan Iron and Steel Group Co., Ltd., under which we have assigned to the Trading Company all right, title and interest in and to our claims against the Debtor, including all distributions we may be entitled to in and as a result of the Proceeding.

We appreciate your cooperation. If you need to contact the Trading Company, you may reach out to:

> WISCO International Economic and Trading Co., Ltd.
> No. 945 Heping Street, Qingshan District, Wuhan
> Hubei Province, China
> Telephone number: +86 027 86569464,027-86537877
> Email address: wggmzgs@126.com

Should we need to provide any additional documents or information, please do not hesitate to let us and the Trading Company know.

*[Signature Page follows]*

2

WISCO AMERICA COMPANY LIMITED

By

Name: YIFENG FENG
Title: CEO